Charlesetta Williams 318-243-4218
7-10-2023

3:23-cv-0980

Crime Williams Charlesetta
Har 98200019349 MRN 11444374
Adm Date 3-28-2023 DOB
12-14-63 59 yrs Female CSN
33979249 AC3397924494 LA.
Behavior Heath Kings Hwy
S-port LA 71103 Medical Doctor
Footed pystric Kindappinc
Ocher Main Hospital 1544 or
1541 Kings Hwy S-port LA 71103
Locket Adm. order of postive
custody Officer D. Ware
L. Warren Charlesetta Williams
2831 Kelsey St S-port LA 71107
Kindapping I did not
Go to a Corner nor did
Mother Barbara Jean Williams
nor did a nechibor call
LT. Sup Shreveport City
Jail were the Officer
Come From 755 Hope St
S-port LA 71101 D. Warren
& L. Warren were not
patrol M.L.K. Jr Community
S-port LA 71101 S-port
police Dpt Substation
up here out of District

Charlotte Williams
318 703-1208
7-9-2023
medication Ilegal Drug
Haldol Injection 5-MG
In the morning other
medication Insmister by
RN doctor medical Doctor
Foote vital sign I party
Decons mental Heath Aid
Blood were drawn + urine
Adm corner of LA Behavior
Heath without medical
Records Angelica Ambulance
From Main hospital to
LA Behavior around 7 pm.
Home around 4 pm
3-29-2023  3-30-2023  3-1-2023
200 unit Bed 206 A
Admiting of Hospital Receive
paper In computer Caddo
parish administrative came
and talk to me told me
and 3 day I suppose to
Have been Discharge 4-3-2023
To Go Home Kidnapping
4-4-2023 Transportation
5-ponttran medical Doctor
Foote And pystric Family home
member were present At home

Charlotte Williams
7-6-2023
318 703-1208

CRIME. Attempted Second Degree Murder Federal F.B.I. M.B. Kinder United Government Dpt of Justice He were at United States Dpt of Justice 401 Edwards St S. port LA 71101 Were He Have 250 Lap-Top Computer Stalking Device Mark L. Horns By you Have my Home Address C.W. 2831 Kelsey St S. port LA 71107 Cooper Rd mother Barbara Jean Williams Telephone NM Dont Have Know more AT&T phone Company 676-4016 M.B. Kinder Have them arrested For Stalking Stalking By Talking Torching of the Body one on with A Lap-Top Computer Stalking Device major Charge Females LA State per Angola males Female Saint Gable Clarified States Attorney Office 300 Fannin St I Filed Criminal Charges 10-13-2021

When office came to my Home neighbor were at Home But they Did not call He Have they Names Address St City State Zip Code His Bose Took the picture of the Disc In Shop With A officer Hand on it Allen Atkins Shreveport police officer S.P.D. Black male Chief of police Wayne Smith 1234 Texas Ave S.port LA 71101 AstChief of Police White male picture of All police car on Lot With me In them In a camera the Disc is In Sport City Jail 755 Hope St S.port LA 71101 In office With LT- Sup Shreveport police officer on Lot on Shop me arrested 2700 Blk North martin Luther King Jr Dr Drudp. 2.Counts Drinking In public Drud Note A Folony sentence 60. Days 30 Day Roin current Kidnapping you Have A Afdauy on Her I Sign I am my own witness Corpal Davis BdCe NM 204 Sup SSN City ordiance For Her Not To arrested me And she Did

④

Charlesetta Williams Crimes
703-1208 318
7-9-2023
With Her Head & mines
who Don't Have one
In they House Doing
With they Head & mine
Hand & Feets M.B. Kik Dep
Got em In the computer
Dso Lap-Top computer
Stalking Device;
Police Did not give
them A Stalking
Device they Gave them
A Lap-Top Computer
they Turn Into A Stalking
Device By Looking In the
telephone Book Barbara
Jean Williams 2831
Kelsey St Cooper Rd
S. port LA 71109 For.
me. Charlesetta Williams
2831 Kelsey St Children
Ricardo Williams 2831
Kelsey St S. port LA 71107
James Tigue 2850
Hill St Cooper Rd S. port LA 71101

3-18-23

7-9-2023 Police, Charleseta W. Green

Dannelle Lashay
Cherokee Park Resident
Mother Name Barbara
Jean Williams Green
Roseman E Edwards
Anthony Williams
His Wife Barbara
Jean Wallace Williams
Sylvia Edwards white
Female Sylvia Edwards
Kim Farnum + her mother.
Neighbor Next Door
2833 Residents
University park
Residents of D. Martin
Luther King Jr Community
Residents out of S. port
LA 71107 All C.i.t.L
S. port LA 71107 is
Not a family member
Sandra Thomas
Rolland Smith
Janice Knight
2979 Victor St
Cooper Rd S. port LA 71107
D. Martin Luther King Jr
Community

Marlin Knuckkels
MAGU - Washington
Janiee Knight
2979 Victor St Cooper Rd
S port LA 71107 Residents
University park Residents
Dr Martin Luther King
Sr Community S-port
LA 71107 All District
Citizens port LA 71107
Wen I live out of
the State of S-port
LA 71107 they IS IN
my Home In the wall
Stalking By Talking
Touching of the Body
One done Attempted
Second Degree Murder
Life Without Bond &
parole males Angola
Federal pen Females
Federal pen Saint Gable
they Have In they Home
Now Today A Lap-Top
Computer Stalking Device
Darrelle Dreer Don't
Have One But She Is Doing

Charlesetta Williams
318 703-1208
7-9-2023

(6)

L. Warren suppose to took me District 6 Fire Dpt + Ambulance to Willis Knichton South bent knows police Emergency

Kidnapping Criminal attempted second degree murder medical Doctor Dr. Foote + pystric Iledah medication I am selfrantic Olanzpine 20 mg Other All By Mouth At Bedtime David Raine's community Heath 1514 Doctor Dr Bossier City 71111 Nurse Pratitister Tamillo day Clinic Behavior Heath

Charlesetta William No pystric (7) Report they Made No medical Report Either.

Federal Court Building Western District of LA Tom Stagg United Court House 300 Fannin St S-port LA 71101 United States Attorney Office Field Criminal Charge 10-13-2021 Tony R. Moore Sept 18-2021 Clerk of Court Mark L. Hornsby STE 1167 Chief of Police Wayne Smith 1234 Texas Ave S-port LA 71101 were I Contacted Through A Letter Chief Judge Terry A. Doughty United Court Judge Kayla D. McClusky United States Court Judge Both Monroe LA City ordiance S-port police Officer Carpal Dalis Badge nm 204 Sup SS7 Mayor Cedric Glover City ordiance Drinking In public 1st offense 2nd offence 3rd offence what kept me out of Jail the second I were put In their By Her S-port City Jail Werren Couldnot come here Dwane

Charlesetta Williams
318 703-1208
7-9-2023
Who Have To do it my Special Agent Dective Louis M. Riegel III Walter Collins Jr 416 yarbrough @ Bossier City Jail Warrant For All Denfendant Guilty Walter Collins Major Charge Kidnapping Life Death penalty without Bond & parole Othe Denfendant Major Charge Kidnapping without Bond & parlone Life Female Mental Heath Women mental Heath C-C-C 1101 Formum Da S.port LA 71101 Sheriff Steve practor Sport LA False arrest A Mister mera Felony arrson Kidnapping I Hired A Civil Attorney F. Edwards mouton Beck - Building 400 Travis St S-port LA 71101 KA Jail public Release Attorney Kammi Whately denefender office DA Joe Stamps Caddo pastsh Judde John musley First D.A. Case Black Female through the states